UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

ROGER CARTER CORPORATION,                    CHAPTER 11
                                             CASE NO. 06-02707-8-JRL

    DEBTOR

## REPORT ON UNCLAIMED DIVIDENDS

    NOW COMES, the undersigned attorney for the Debtor, and respectfully reports unto the Court the following:

    1.    Checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| I P Company<br>Attn: Managing Agent<br>3 Pine Valley Drive<br>Wilmington, NC 28412 | $6,506.61 | 11/25/08 |
| Noland<br>Attn: Managing Agent<br>1117 Capital Blvd.<br>Raleigh, NC 27603 | $3,835.39 | 11/25/08 |

    2.    The undersigned has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful.

    WHEREFORE, the undersigned attorney for the Debtor desires to pay unto the Court said unclaimed dividends.

Dated: 12/30/10

    s/Trawick H. Stubbs, Jr.
    TRAWICK H. STUBBS, JR.
    Attorney for the Debtor
    STUBBS & PERDUE, P.A.
    Post Office Box 1654
    New Bern, NC 28563
    (252) 633-2700
    (252) 633-9600 (facsimile)
    N.C. State Bar #4221